| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Eric J. Rivera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2903<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Northern District of Illinois | | |
| Case number:   19–07199 | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric J. Rivera

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

July 14, 2022                              **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                 United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  
Eric J. Rivera  
    Debtor

Case No. 19-07199-JPC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 14, 2022      Form ID: 3180W      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Rivera, 2845 N. Kildare, Chicago, IL 60641-5342 |
| 27979281 | + | Jasmine Galvan, 1339 Home Ave, Berwyn IL 60402-1239 |
| 27643235 | | Medical Business Bureau, PO Box 1219, Park Ridge, IL 60068-7219 |
| 27643240 | + | Rush University Medical Center, Attn: Billing, 1653 W. Congress Pkwy, Chicago, IL 60612-3833 |
| 27643241 | + | Wellington Radiology Group SC, 836 W. Wellington Ave., Chicago, IL 60657-5147 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27643229 | + | EDI: PHINHARRIS | Jul 15 2022 02:08:00 | Arnold Scott Harris PC, for Chicago Dept. of Finance, 111 West Jackson Blvd., Ste. 600, Chicago, IL 60604-3517 |
| 27650372 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jul 14 2022 22:06:00 | City of Chicago Department, Of Administrative Hearing, City of Chicago - DOAH C/O Arnold Scott, 111 W. Jackson Ste 600, Chicago, IL 60604 |
| 27645260 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jul 14 2022 22:06:00 | City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W Jackson Blvd Ste.600, Chicago IL.60604 |
| 27643230 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jul 14 2022 22:06:00 | City of Chicago Dept. of Revenue, Bureau of Parking, 121 N. LaSalle Street Room 107A, Chicago, IL 60602 |
| 27643231 | | Email/Text: karmstrong@cdac.biz | Jul 14 2022 22:06:00 | Creditors Discount & Audit, PO Box 213, Streator, IL 61364-0213 |
| 27643232 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 14 2022 22:07:00 | Fifth Third Bank, Bankruptcy Department, 1830 East Paris Ave. Se, Grand Rapids, MI 49546-6253 |
| 27660546 | | Email/Text: des.claimantbankruptcy@illinois.gov | Jul 14 2022 22:07:00 | IDES, PO BOX 4385, CHICAGO, IL 60680-4385 |
| 27643233 | + | Email/Text: des.claimantbankruptcy@illinois.gov | Jul 14 2022 22:07:00 | IL. Dept. of Employment Security, Manager Benefit Payment Control, 33 S. State, Room 1029, Chicago, IL 60603-2808 |
| 27643234 | + | Email/Text: bankruptcy@getipass.com | Jul 14 2022 22:06:00 | Illinois Tollway, Attn: Bankruptcy, 2700 Ogden Ave, Downers Grove, IL 60515-1703 |
| 27796703 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 22:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 27643236 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 22:07:00 | Midland Funding LLC, 2365 Northside Dr., Suite 300, San Diego, CA 92108-2710 |
| 27643237 | + | Email/Text: bankruptcy@onlineis.com | Jul 14 2022 22:07:00 | Online Information Services, for Peoples Gas, POB 1489, Winterville, NC 28590-1489 |
| 27643238 | + | Email/Text: bankruptcy@oportun.com | Jul 14 2022 22:06:00 | Oportun Inc. / Progreso Fin, 3201 Dallas Parkway, Suite 700, Frisco, TX 75034-9573 |
| 27847897 | | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | | |

Case 19-07199   Doc 53   Filed 07/16/22   Entered 07/16/22 23:13:09   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | Jul 14 2022 22:06:00 | PEOPLES GAS LIGHT & COKE COMPANY, 200 EAST RANDOLPH STREET, CHICAGO, ILLINOIS 60601 |
| 27643239 | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Jul 14 2022 22:06:00 | Peoples Gas Light & Coke Co., 200 E. Randolph Drive, Chicago, IL 60601 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur Corbin | on behalf of Debtor 1 Eric J. Rivera arthur@corbin-law.com corbinar96709@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 3